IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00496-REB

TERRI R. MCCONATHY,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order of Dismissal, filed on June 12, 2017, by the Honorable Robert E. Blackburn, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that this case is dismissed with prejudice for failure to prosecute.

    DATED at Denver, Colorado this <u>14th</u> day of June, 2017.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    /s/ Robert R. Keech
    Robert R. Keech,
    Deputy Clerk